Robert Powers, Esq.
Andrea Harris, Esq.
MCCLANAHAN POWERS, PLLC
8133 Leesburg Pike, Suite 130
Vienna, VA 22182
Telephone: (703) 520-1326
Facsimile:  (703) 828-0205
Email: rpowers@mcplegal.com
       aharris@mcplegal.com
*Counsel for Plaintiff*
*Admitted Pro Hac Vice*

Christopher Renzulli, Esq.
Scott C. Allan, Esq.
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Facsimile:  (914) 285-1213
Email: crenzulli@renzullilaw.com
       sallan@renzullilaw.com
*Counsel for Defendants*
*Admitted Pro Hac Vice*

        AND

James L. Williams, Esq.
Michael F. Edgell, Esq.
Esther L. Sivak, Esq.
SCHMITT SCHNECK
CASEY EVEN & WILLIAMS, P.C.
1221 East Osborn Road, Suite 105
Phoenix, AZ 85014-5540
Telephone: (602) 277-7000
Facsimile:  (602) 277-8663
Email: james@azbarristers.com
       michael@azbarristers.com
       esther@azbarristers.com
*Local Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David Smalls,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Glock Inc., *et al.*,<br><br>　　　　　Defendants. | CASE NO. 2:18-cv-04881-PHX-DWL<br><br>AMENDED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff David Smalls ("Plaintiff") and Defendants Glock, Inc. and Robert P. Radecki (collectively, "Defendants"), by and through their respective undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted in or otherwise relevant to this matter are hereby dismissed *with prejudice*.

This amended joint stipulation of dismissal with prejudice is being filed to replace the one filed as Docket No. 30, which incorrectly stated that the case had been settled, when it was not settled, but rather voluntarily dismissed by the Plaintiff, subject to the consent of Defendants and pursuant to the terms hereof.

THEREFORE, Plaintiff and Defendants respectfully request that this Court enter an order dismissing *with prejudice* all claims asserted in or otherwise relevant to this matter, with the parties bearing their own attorney's fees, expenses, and costs.

Consistent herewith, Plaintiff and Defendants consent to the Court having their case closed.

RESPECTFULLY SUBMITTED this 31st day of May 2019.

　　　　　　　　　　　　　　　　　　　　/s/___*Andrea Harris*_____
　　　　　　　　　　　　　　　　　　　　Robert Powers, Esq.
　　　　　　　　　　　　　　　　　　　　Andrea Harris, Esq.
　　　　　　　　　　　　　　　　　　　　MCCLANAHAN POWERS, PLLC
　　　　　　　　　　　　　　　　　　　　8133 Leesburg Pike, Suite 130

Vienna, VA 22182
Telephone: (703) 520-1326
Facsimile:  (703) 828-0205
Email: rpowers@mcplegal.com
    aharris@mcplegal.com
    pghale@mcplegal.com
*Counsel for Plaintiff*
*Admitted Pro Hac Vice*

/s/    Scott C. Allan
Christopher Renzulli, Esq.
Scott C. Allan, Esq.
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Facsimile:  (914) 285-1213
Email: crenzulli@renzullilaw.com
    sallan@renzullilaw.com
*Counsel for Defendants*
*Admitted Pro Hac Vice*

AND

James L. Williams, Esq.
Michael F. Edgell, Esq.
Esther L. Sivak, Esq.
SCHMITT SCHNECK
CASEY EVEN & WILLIAMS, P.C.
1221 East Osborn Road, Suite 105
Phoenix, AZ 85014-5540
Telephone: (602) 277-7000
Facsimile:  (602) 277-8663
Email: james@azbarristers.com
    michael@azbarristers.com
    esther@azbarristers.com
*Local Counsel for Defendants*

**CERTIFICATE OF TRANSMISSION**

    I hereby certify that on May 31, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

1
2
3

By: /s/ *Andrea Harris*
Andrea Harris